# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Daniel Gerardo Garcia,<br>a.k.a.: Gerardo Garcia Nevarez,<br>(A208 182 661)<br>*Defendant* | Case No. 17-6375MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 3, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Daniel Gerardo Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about June 12, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 5, 2017

*Judge's signature*

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 3, 2017, Daniel Gerardo Garcia was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Gerardo Garcia was examined by ICE Officer B. Fitzgerald who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 4, 2017, Gerardo Garcia was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Gerardo Garcia was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed

3. Immigration history checks revealed Daniel Gerardo Garcia to be a citizen of Mexico and a previously deported criminal alien. Gerardo Garcia was removed from the United States to Mexico through Calexico, California, on or about June 12, 2015, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Gerardo Garcia in any Department of Homeland Security

1

database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Gerardo Garcia's immigration history was matched to him by electronic fingerprint comparison.

4. On October 4, 2017, Daniel Gerardo Garcia was advised of his constitutional rights. Gerardo Garcia freely and willingly agreed to provide a statement under oath. Gerardo Garcia stated that his true and complete name is Daniel Gerardo Garcia and that he is a citizen of Mexico. Gerardo Garcia stated that he illegally entered the United States nine (9) months ago, through Nogales, without inspection by an immigration officer. Gerardo Garcia further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 3, 2017, Daniel Gerardo Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

///

///

///

at or near Calexico, California, on or about June 12, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 5th day of October, 2017.

_____
David K. Duncan,
United States Magistrate Judge